FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SARAH SMITH,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant.

No.   4:21-cv-05020-SMJ

**ORDER DISMISSING CASE**

On August 25, 2021, the parties filed a stipulated dismissal, ECF No. 15. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion for Order of Dismissal of All Claims With Prejudice, **ECF No. 15**, is **GRANTED**.

2.    The parties' Stipulated Motion for Order of Dismissal of All Claims With Prejudice, **ECF No. 14**, is **DENIED AS MOOT**.

3.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

4.    All pending motions are **DENIED AS MOOT**.

5.    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

1  //

2  //

3  //

4      **6.**     The Clerk's Office is directed to **CLOSE** this file.

5      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

6  provide copies to all counsel.

7      **DATED** this 1st day of September 2021.

8

9      _____
       SALVADOR MENDOZA, JR.
       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE – 2